FILED
CHARLOTTE, N. C.

NOV 2 2 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

### MISC. NO. 3:05MC344 - C

### In Re: Electronic Devices in Courthouses

This matter is before the court on its own motion to establish uniform policy regarding lap top computers; cell phones; pagers; personal digital assistants (PDA) or other electronic devices being brought into the federal courthouses in the Western District of North Carolina.

**Effective immediately,** members of the bar; paralegals or other personal assistants to members of the bar when they are accompanied by the attorney; all federal employees showing proper identification and any employee of a state or county law enforcement agency showing proper identification **ARE PERMITTED TO BRING THEIR ABOVE MENTIONED ELECTRONIC DEVICES INTO THE COURTHOUSE AFTER SUCH DEVICES HAVE BEEN SCREENED** by the United States Marshal Service or a Court Security Officer. All such devices **MUST BE TURNED OFF** while counsel are in the courtroom or counsel are in the vicinity of a court which is in session. Any individual violating this Order is subject to contempt and the electronic device is subject to confiscation by the Court.

Members of the general public may NOT bring any electronic devices into the courthouses but may secure such devices in the storage lock boxes provided in the lobby of each courthouse for that purpose. All such items must first be screened by the United States Marshal Service or a Court Security Officer.

Anyone not allowing their electronic devices to be screened shall not be allowed to bring such device into the building.

The Clerk shall provide the United States Marshal and all Court Security Officers with a copy of this Order.

**SO ORDERED** on behalf of the entire Court this 21st day of November, 2005.

Graham C. Mullen, Chief
U.S. District Court Judge