UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

NO. 3:05-MC-344

In Re: Electronic Devices in Courthouses

FILED
CHARLOTTE, NC
JUL 17 2019
U.S. District Court
Western District of N.C.

This matter is before the court on its own motion to establish a uniform policy regarding possessing and carrying lap top computers; cell phones; smart phones; pagers; personal digital assistants (PDA) or other electronic devices in all federal courthouses in the Western District of North Carolina pursuant to Local Civil Rule 83.3.

Members of the general public may bring electronic devices into the courthouses after proper screening by the United States Marshal or any person appointed by the Marshal. Anyone not allowing their electronic device to be screened shall not be allowed to bring such device into the building.

Local Rule 83.3(b)(1) is hereby amended to add sub-Rule 83.3(b)(1)(9) which sub-Rule shall read: "and (9) the general public and all jurors." The word "and" before sub-Rule 83.3(b)(1)(8) shall be stricken.

This Order applies to all persons presenting a Summons for Jury Duty as they are now PERMITTED to bring their lap top computers; cell phones; smart phones; pagers; personal digital assistants (PDA) or other electronic devices into the federal courthouses in the Western District of North Carolina.

The Clerk shall provide signage for each location advising parties to turn off their electronic devices when not in use and when in the courtrooms.

The Clerk shall provide the United States Marshal with a copy of this Order.

SO, ORDERED on behalf of the Court this 3rd day of July, 2019.

Frank D. Whitney, Chief
U.S. District Court Judge