FILED
ASHEVILLE, N.C.
JUN 11 2021
U.S. DISTRICT COURT
W. DIST. OF N.C.

# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

No. 3:05 MC 344

### In Re: Electronic Devices in Courthouses

THIS MATTER is before the Court on its own motion to establish and revise a uniform policy regarding the possessing and carrying of laptop computers; cell phones; smart phones; or other electronic devices in the federal courthouses of the Western District of North Carolina, and to amend Local Civil Rule 83.3 in accord therewith.

Members of the general public may NOT bring any electronic devices into any federal courthouse, except that they may secure such devices in the storage lock boxes provided in the lobby of each courthouse that is provided for that purpose. All such electronic devices must first be screened by the United States Marshal Service or a Court Security Officer. Anyone not allowing their electronic device to be screened shall not be allowed to bring such device into the courthouse.

Local Civil Rule 83.3(b)(1) is hereby amended to delete sub-part (9) thereof. The other exceptions to this Rule and to this Order, as set out in subparts (1) through (8) of said Rule remain in effect. Summoned jurors (selected for service on a jury as well as jury pool members) may bring cell phones/smart phones into the courthouse. Any cell phones/smart phones brought into the courtroom must be turned off. This Order rescinds the Order of this Court of July 3, 2019, 3:05 MC 344. The Court makes this change on the finding that the more lenient rule as allowed by the July 3, 2019 Order presents a security risk and has been abused.

The Clerk shall provide a copy of this Order to the United States Marshal for the District and to the Court Security Officers in each of the Courthouses for the District.

Adopted by the Board of Judges on May 26, 2021, and signed for the Court this the 11 day of June 2021.

Martin Reidinger
Chief United States District Judge